Nos. 24-2174

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

JAMES SPRINGER,

*Plaintiff/Appellant*,

v.

SEVENTH JUDICIAL DISTRICT COURT, MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES, SUSAN ROSSIGNOL,

*Defendants/Appellees.*

_____

On Appeal from the United States District Court for the District of New Mexico
(No. 1:23-CV-00499-MIS-JMR) (Hon. Margaret I. Strickland)

_____

**UNOPPOSED MOTION OF PLAINTIFF/APPELLANT FOR 30-DAY
EXTENSION
OF BRIEFING DEADLINE**

_____

A. Blair Dunn, Esq.
WESTERN AGRICULTURE,
RESOURCE AND BUSINESS
ADVOCATES, LLP
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com

Zach Cook, Esq.
ZACH COOK, LLC
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

*Attorneys for Plaintiff-Appellant*

December 11, 2024

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27, Plaintiff-Appellee/Cross-Appellant requests a thirty-day extension of the briefing deadline in this appeal. Plaintiff/Appellee's opening brief is currently due on January 21, 2025. If the Court grants the requested extension, that deadline would be extended to February 20, 2025. The Defendants/Appellants do not oppose this request.

Currently, undersigned counsel, is set for oral argument in two matters before this Court, *Springer v Michelle Lujan Grisham, et al*., 23-2192; 23-2194, on January 21, 2025 and in *Rodgers v. Raul Torrez*, 24-2046, on January 22, 2025. Given the nature of this action and the needed time to prepare for oral argument before this Court on the same day and the day after the opening brief in this matter is due, an extension is necessary to ensure that this matter is properly briefed.

December 12, 2024                     Respectfully submitted,

WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com


Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345

(575) 937-7644
[zach@zachcook.com](mailto:zach@zachcook.com)

## CERTIFICATE OF SERVICE

I, <u>A. Blair Dunn</u>, hereby certify that on December 12, 2024, I served a copy of the foregoing upon parties of record as follows.


*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
400 Gold Ave. SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com