UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

December 01, 2025

Mr. Mitchell R. Elfers  
United States District Court for the District of New Mexico  
Office of the Clerk  
333 Lomas N.W.  
Albuquerque, NM 87102

**RE:**    **24-2174, Springer v. Seventh Judicial District Court, et al**  
Dist/Ag docket: 1:23-CV-00499-MIS-JMR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's November 7, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:    Zachary J. Cook  
       Jade Delfin  
       A. Blair Dunn  
       Rodney Gabaldon  
       Bryan Christopher Garcia

CMW/jm