UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

November 07, 2025

Mr. Zachary J. Cook  
Zach Cook Law Office  
1703 Sudderth, Unit 425  
Ruidoso, NM 88345

Mr. A. Blair Dunn  
WARBA  
400 Gold Ave SW, Suite 1000  
Albuquerque, NM 87102

**RE:**     24-2174, Springer v. Seventh Judicial District Court, et al  
          Dist/Ag docket: 1:23-CV-00499-MIS-JMR

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(d)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rule 40 and 10th Cir. R. 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:     Jade Delfin
        Rodney Gabaldon
        Bryan Christopher Garcia

CMW/jjh